UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| | ) | **08 MJ 1575** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Diego BAUTISTA-Tereso,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 19, 2008** within the Southern District of California, defendant, **Diego BAUTISTA-Tereso,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **MAY 2008**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Diego BAUTISTA-Tereso

## PROBABLE CAUSE STATEMENT

On May 19, 2008, Border Patrol Agent J. Cardenas was performing Border Patrol duties near Potrero, California. This area is approximately two miles east and one mile north of the Tecate, California, Port of Entry.

At approximately 6:00 a.m., Agent Cardenas responded to a seismic intrusion device in this area. Upon arriving in the area, Agent Cardenas immediately observed fresh footprints heading north on a well used trail. Agent Cardenas followed the footprints on the trail for approximately fifteen minutes until he observed four individuals attempting to hide.. Agent Cardenas approached the subjects and identified himself as a Border Patrol Agent. Agent Cardenas asked all four subjects including one subject, later identified as the defendant **Diego BAUTISTA-Tereso,** of what country they were a citizen, to which they responded "Mexico". Agent Cardenas then asked all subjects if they were in possession any United States Immigration documents that would allow them to legally enter or remain in the United States; to which all subjects stated, "No." Agent Cardenas arrested all subjects and transported them to the Tecate Processing Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 29, 2001** through **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General o the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally. The defendant stated his intended destination was Salem Oregon.